# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:17-cr-00214-BCW |
| KEITH L. CARTER, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. #44) denying Defendant's Motion to Suppress Evidence (Doc. #23). Defendant filed Objections (Doc. #47) to the Report and Recommendation, and the Government filed its Response to Objections (Doc. #53). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Maughmer's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Defendant's objections (Doc. #47) are OVERRULED. It is further

ORDERED, for the reasons stated in the Report and Recommendation (Doc. #44), Defendant's Motion to Suppress Evidence (Doc. #23) is DENIED. It is further

ORDERED that Magistrate Judge Maughmer's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: February 1, 2018

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT